## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                                      **Plaintiff**

**v.**                                     **Case No.: 4:21–mj–00051–JJV**

**Daniel Smith**                                                                                    **Defendant**

---

## NOTICE OF VIDEO HEARING

     PLEASE take notice that a Initial Appearance has been set by videoconference in this case for March 11, 2021, at 12:00 PM before Magistrate Judge Joe J. Volpe in Little Rock Courtroom # 2C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas. Parties must submit all video exhibits in advance of the proceeding.

**DATE:** March 10, 2021                                 AT THE DIRECTION OF THE COURT
                                                                             JAMES W. McCORMACK, CLERK

                                                                                    **By:**  Lorna E. Jones, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas